IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

MICHAEL MENTZER          CIVIL ACTION

                                    NO.    02-4756

    VS.

HONEYWELL INTERNATION

---

PHILLIP V. MARZANO

    VS.                           NO.    04-2441

CONSOLIDATION RAIL CORP., ET AL

## ORDER

AND NOW, this _____ day of JULY, 2004, it is hereby,

**ORDERED** that the above captioned cases are reassigned to the calendar of the Honorable Charles R. Weiner, as related to MDL 875.

                                         FOR THE COURT:

                                         _____
                                         JAMES T. GILES
                                         Chief Judge