IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

MENTZER                          :
                                 :
                                 :
            VS.                  :    C.A. NO. 02-4756
                                 :
HONEYWELL INTERNATIONAL          :


BEFORE WEINER, J.


        AND NOW, this 15th day of July, 2004, the above-

entitled matter is **DISMISSED WITHOUT PREJUDICE.**  The case is to

remain in status quo and the Statute of Limitations is tolled.

        **This matter remains ACTIVE.**  It is further understood

that all discovery and settlement discussions will continue and

if intervention by the Court is needed or desired, the parties

may ask for assistance by either filing the appropriate motions,

writing to the Court or by setting a telephone conference.  The

parties shall keep the Court advised of the status of this case

and may request a firm trial date or settlement conference by

writing directly to the Court or by setting a telephone

conference.

ATTEST:                    OR     BY THE COURT:


BY_____        _____
       COURT ROOM DEPUTY                Charles R. Weiner, SJ
       Sheila M. Jeffers